IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00339-CV

 

Bryan ISD,

                                                                                    Appellant

 v.

 

Laura Buttery Haynie,

                                                                                    Appellee

 

 



From the 272nd District Court

Brazos County, Texas

Trial Court No. 07-001674-CV-272

 



MEMORANDUM  Opinion










 

            Bryan Independent School District filed a notice of appeal from an order imposing discovery sanctions.  The
District now files a motion to dismiss the appeal stating that it no longer
wishes to pursue the appeal.  

            Accordingly, this appeal is
dismissed.  Tex. R. App. P.
42.1(a)(1).  

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed October 29, 2008

[CV06]